FILED: January 4, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4588
(3:19-cr-00385-MOC-DCK-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

TIMOTHEUS CUNNINGHAM

 Defendant - Appellant

_____

O R D E R

_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Keenan and Judge Harris.

  For the Court

  /s/ Patricia S. Connor, Clerk