FILED: January 4, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4588
(3:19-cr-00385-MOC-DCK-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

TIMOTHEUS CUNNINGHAM

  Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the order of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK